HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
E-mail: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MORENO,<br><br>      Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 1:20-cv-01503-SKO<br><br>STIPULATION AND ORDER<br><br>(Doc. 16) |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a thirty (30) day extension of time until September 22, 2021, in which to e-file her Motion for Summary Judgment which is due on August 23, 2021.  Defendant shall file any opposition, including cross-motion, on or before October 20, 2021.  This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

STIPULATION AND ORDER

Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:  August 23, 2021                                        */s/HARVEY P. SACKETT*
                                                                         HARVEY P. SACKETT
                                                                         Attorney for Plaintiff
                                                                         PATRICIA MORENO

Dated:  August 23, 2021                                        */s/CHANTAL JENKINS*
                                                                         CHANTAL JENKINS
                                                                         Special Assistant U.S. Attorney
                                                                         Social Security Administration
                                                                         [*As authorized by email 8/23/21]

## ORDER

Pursuant to the parties' above stipulation (Doc. 16), and for good cause shown,

IT IS HEREBY ORDERED that the time for Plaintiff to file her Motion for Summary Judgment is extended to September 22, 2021. All other deadlines set forth in the Scheduling Order (Doc. 15) are modified accordingly.[2]

IT IS SO ORDERED.

Dated:  **August 24, 2021**                                        /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE

---

[2] The parties' stipulation provides that Defendant shall have until October 20, 2021, to file any opposition, but the Scheduling Order provides that Defendant shall have 45 days from the date of service of Plaintiff's Motion for Summary Judgment to file a response (*see* Doc. 15). Accordingly, if Plaintiff's Motion for Summary Judgment is filed and served on September 22, 2021, then the deadline for Defendant's response is November 8, 2021.