PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PASBN 307531
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (510) 970-4823
   Facsimile: (415) 744-0134
   E-Mail: chantal.jenkins@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PATRICIA MORENO,<br><br>            Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | No. 1:20-cv-01503-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 19) |

     The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her opposition to Plaintiff's opening brief in this case. In support of this request, the Commissioner respectfully states as follows:

     1.    Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

     2.    Defendant's response to Plaintiff's opening brief is due October 22, 2021. Defendant has not previously requested an extension of time for this deadline.

3. The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawaiʻi, Nevada, and Guam.

4. The Region IX Office employs 44 staff attorneys, of whom 30 are actively handling civil litigation involving the Social Security program in the eight assigned jurisdictions. Most of the attorneys who handle program litigation cases have additional responsibilities, such as litigating in other practice areas described below, acting as Jurisdictional leads, reviewing the work product of junior attorneys, conducting trainings, and participating in national workgroups. In addition, because of attorneys taking unexpected leave or resigning, the Region IX Office has had to re-assign dozens of cases and substitute in new counsel who have had to absorb these re-assigned cases into their existing caseloads.

5. As of September 14, 2021, the Region IX Office has 404 district court briefs due in the next sixty days in the jurisdictions it handles; at least 300 of these are due in the next thirty days. In addition, the Region IX Office has nine appellate cases pending for briefing.

6. In addition to "program" litigation, the Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories. These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including Regional office client requests for advice on program issues, employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, and torts. Because of the high volume of program litigation cases, the Region IX Office has had to focus its efforts on processing only other workloads that are subject to statutory, regulatory, and court deadlines.

7. The undersigned of counsel attorney, who is responsible for briefing this case, has 13 briefs due in district court cases over the next month, as well as well as absorbing the work of an attorney who recently left the agency and internally miscalendared this case in the turnover of their workload.

8. Due to the volume of the overall workload within the Region IX Office, neither the

undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of October 22, 2021.  Therefore, Defendant seeks an extension of 7 days, until October 29, 2021, to respond to Plaintiff's opening brief.

9. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until October 29, 2021, to file her opposition to Plaintiff's opening brief.

Respectfully submitted,

DATE: October 21, 2021                    */s/ Harvey P. Sackett*
                                          HARVEY P. SACKETT
                                          Attorney for Plaintiff
                                          (as approved via email)

                                          PHILLIP A. TALBERT
                                          Acting United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

DATE: October 21, 2021          By        */s/ Chantal R. Jenkins*
                                          CHANTAL R. JENKINS
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant

Of Counsel to Defendant
Bacilio Mendez II, CSBN 332719
Assistant Regional Counsel
Social Security Administration

ORDER

Pursuant to the parties' above stipulation (Doc. 19), IT IS HEREBY ORDERED that Defendant's response to Plaintiff's Motion for Summary Judgment shall be filed by no later than October 29, 2021. All other dates in the Scheduling Order (Doc. 15) shall be adjusted accordingly.

IT IS SO ORDERED.

Dated:   **October 22, 2021**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE