PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PASBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4823
    Facsimile: (415) 744-0134
    E-Mail: chantal.jenkins@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PATRICIA MORENO,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. 1:20-cv-01503-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF (*NUNC PRO TUNC*)<br><br>**(Doc. 23)** |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her opposition to Plaintiff's opening brief in this case. In support of this request, the Commissioner respectfully states as follows:

    1.    Defendant's response to Plaintiff's opening brief was due October 29, 2021. Defendant previously requested a one-week extension of time for this deadline.

    2.    The undersigned of counsel attorney, who is responsible for briefing this case, is unable to independently e-file cases, as they have not yet been granted SAUSA status. The of

counsel attorney, attempted to file on Friday evening, by using the information for the attorney of record listed below. However, the attorney of record is on medical leave and her e-file credentials have been locked, due to the upgrade to the CM/ECF NextGen Single Sign On system. The of counsel attorney has secured the information for another attorney and will file the brief along with this motion to prevent any further delay.

    3.    Defendant seeks an extension of three days, until November 1, 2021, to file her response to Plaintiff's opening brief.

    4.    This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until November 1, 2021, to file her opposition to Plaintiff's opening brief.

Respectfully submitted,

DATE: November 1, 2021

*/s/ Harvey P. Sackett*
HARVEY P. SACKETT
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

DATE: November 1, 2021   By   */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

Attorneys for Defendant

Of Counsel to Defendant
Bacilio Mendez II, CSBN 332719
Assistant Regional Counsel
Social Security Administration

2

**ORDER**

Pursuant to the foregoing stipulation of the parties (Doc. 23), and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including November 1, 2021, *nunc pro tunc*, to file her response to Plaintiff's opening brief.  All other dates in the Scheduling Order (Doc. 15) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 2, 2021**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE