HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MORENO, | Case No. 1:20-cv-01503-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| | (Doc. 26) |
| KILOLO KIJAKAZI,[1] | |
| Commissioner of Social Security, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a fourteen (14) day extension of time until December 2, 2021, in which to e-file her Reply Brief which is due on November 16, 2021.  This extension is necessitated due to the number of cases Plaintiff's counsel must brief for this court and the Ninth Circuit Court of Appeals.  Plaintiff makes this request in good faith with no intention to unduly delay the proceedings.  Defendant has no objection and has stipulated to the requested relief.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure Kilolo Kijakazi should be substituted, therefore, for Commissioner Andrew Saul as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

STIPULATION AND ORDER

Dated:  November 12, 2021 　　　　　　　*/s/HARVEY P. SACKETT*
　　　　　　　　　　　　　　　　　　　　HARVEY P. SACKETT
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　PATRICIA MORENO

Dated:  November 12, 2021 　　　　　　　*/s/CHANTAL JENKINS*
　　　　　　　　　　　　　　　　　　　　CHANTAL JENKINS
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Social Security Administration
　　　　　　　　　　　　　　　　　　　　[*As authorized by email 11/12/21]

# ORDER

Pursuant to the foregoing stipulation of the parties (Doc. 26), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Plaintiff shall have until December 2, 2021, to file her reply brief.

IT IS SO ORDERED.

Dated:  **November 15, 2021**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER